THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Primerica Life Insurance Company, Respondent,
 
 
 

v.

 
 
 
 Desiree Pryor, Appellant.
 
 
 

Appeal From Berkeley County
 Roger M. Young, Circuit Court Judge

Memorandum Opinion No.   2006-MO-002 
Heard January 5, 2006  Filed January 23, 2006

AFFIRMED

 
 
 
 Dennis Robert Toney, Jr., of the Toney Law Firm, and John Joseph O'Brien, both of Charleston, for Appellant.
 Robert H. Hood, Mary Agnes Hood Craig, D. Nathan Hughey, and Deborah H. Sheffield, of the Hood Law Firm, all of Charleston, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1) and the following authority: Houck v. State Farm Fire and Cas. Ins. Co., 366 S.C. 7, 620 S.E.2d 326 (2005) (summary judgment affirmed when it is clear there is no genuine issue of material fact and that the moving party is entitled to judgment as a matter of law).
AFFIRMED.
TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Ralph King Anderson, Jr., concur.